**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-24965 |
| | § | |
| SAUNDRA CHANDLER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $80,100.00 | Assets Exempt: | $8,437.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,883.01 | Claims Discharged Without Payment: | $119.42 |
| Total Expenses of Administration: | $1,008.63 | | |

3)    Total gross receipts of $6,596.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,704.36 (see **Exhibit 2),** yielded net receipts of $3,891.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,008.63 | $1,008.63 | $1,008.63 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $3,002.43 | $3,002.43 | $2,883.01 |
| **Total Disbursements** | $0.00 | $4,011.06 | $4,011.06 | $3,891.64 |

4). This case was originally filed under chapter 7 on 08/03/2016. The case was pending for 13 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/21/2017        By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2016 Tax Refund | 1224-000 | $6,596.00 |
| **TOTAL GROSS RECEIPTS** | | $6,596.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| SAUNDRA CHANDLER | Funds to Third Parties | 8500-002 | $2,704.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $2,704.36 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $972.91 | $972.91 | $972.91 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $19.98 | $19.98 | $19.98 |
| Green Bank | 2600-000 | NA | $15.74 | $15.74 | $15.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,008.63 | $1,008.63 | $1,008.63 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $0.00 | $682.16 | $682.16 | $655.03 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | The Swiss Colony | 7100-000 | $0.00 | $289.81 | $289.81 | $278.28 |
| 3 | Dr Leonards Shop Now | 7100-000 | $0.00 | $166.48 | $166.48 | $159.86 |
| 4 | Monroe & Main | 7100-000 | $0.00 | $737.18 | $737.18 | $707.86 |
| 5 | K. Jordan | 7100-000 | $0.00 | $287.24 | $287.24 | $275.82 |
| 6 | Midnight Velvet | 7100-000 | $0.00 | $222.65 | $222.65 | $213.79 |
| 7 | Midland Funding, LLC | 7100-900 | $0.00 | $616.91 | $616.91 | $592.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,002.43 | $3,002.43 | $2,883.01 |

**UST Form 101-7-TDR (10/1/2010)**

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 16-24965 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CHANDLER, SAUNDRA | | Date Filed (f) or Converted (c): | 08/03/2016 (f) |
| For the Period Ending: | 9/21/2017 | | §341(a) Meeting Date: | 08/30/2016 |
| | | | Claims Bar Date: | 06/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  17026 KENWOOD AVE, SOUTH HOLLAND IL 60473-3673, COOK COUNTY | $80,000.00 | $420.53 | | $0.00 | FA |
| Asset Notes:  Parcel Number: 29-26-202-017-0000 Mortgage is not scheduled--US Bank filed motion for relief, showing balance as of 12/6/16: $79,579.47 | | | | | |
| 2  2006 Dodge Caliber (67k miles) | $2,600.00 | $0.00 | | $0.00 | FA |
| 3  Household goods | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Miscellaneous electronics | $700.00 | $100.00 | | $0.00 | FA |
| 5  Clothes | $300.00 | $0.00 | | $0.00 | FA |
| 6  Cash on hand | $275.00 | $0.00 | | $0.00 | FA |
| 7  Worker's Comp Claim (u) | $3,662.00 | $0.00 | | $0.00 | FA |
| Asset Notes:  Per amended schedule C filed 10/11/16 (dkt. 17) | | | | | |
| 8  2016 Tax Refund (u) | $0.00 | $3,891.64 | | $6,596.00 | FA |
| Asset Notes:  Debtor's Pro-Rated Portion: $2,704.36 | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$88,537.00   $4,412.17   $6,596.00   $0.00

**Major Activities affecting case closing:**

06/20/2017   2017 Reporting Period:

Trustee intercepted Debtor's 2016 Federal Tax Refund of which, the estate portion is $3,891.64.

Although Debtor did not complete schedules E or F, the claimants who filed proof-of-claims are all included in the creditors matrix.

TFR submitted to UST for review 6/30/17.

**Initial Projected Date Of Final Report (TFR):** 03/12/2018    **Current Projected Date Of Final Report (TFR):**    /s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

| Case No.: | 16-24965 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | CHANDLER, SAUNDRA | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4356 | | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/3/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/17/2017 | | US Treasury | 2016 Federal Income Tax Refund | * | $6,596.00 | | $6,596.00 |
| | {8} | | Estate Portion - 2016 Federal Income Tax Refund     $3,891.64 | 1224-000 | | | $6,596.00 |
| | {8} | | Debtor's Portion - 2016 Federal Income Tax Refund     $2,704.36 | 1280-002 | | | $6,596.00 |
| 03/22/2017 | 3001 | SAUNDRA CHANDLER | Debtor's Pro-Rated Portion - 2016 Federal Income Tax Refund | 8500-002 | | $2,704.36 | $3,891.64 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.82 | $3,887.82 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $5.66 | $3,882.16 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.26 | $3,875.90 |
| 08/13/2017 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $972.91 | $2,902.99 |
| 08/13/2017 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $19.98 | $2,883.01 |
| 08/13/2017 | 3004 | The Swiss Colony | Claim #: 2; Amount Claimed: $289.81; Distribution Dividend: 96.02%; | 7100-000 | | $278.28 | $2,604.73 |
| 08/13/2017 | 3005 | Dr Leonards Shop Now | Claim #: 3; Amount Claimed: $166.48; Distribution Dividend: 96.02%; | 7100-000 | | $159.86 | $2,444.87 |
| 08/13/2017 | 3006 | Monroe & Main | Claim #: 4; Amount Claimed: $737.18; Distribution Dividend: 96.02%; | 7100-000 | | $707.86 | $1,737.01 |
| 08/13/2017 | 3007 | K. Jordan | Claim #: 5; Amount Claimed: $287.24; Distribution Dividend: 96.02%; | 7100-000 | | $275.82 | $1,461.19 |
| 08/13/2017 | 3008 | Midnight Velvet | Claim #: 6; Amount Claimed: $222.65; Distribution Dividend: 96.02%; | 7100-000 | | $213.79 | $1,247.40 |
| 08/13/2017 | 3009 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: $682.16; Distribution Dividend: 96.02%; | 7100-900 | | $655.03 | $592.37 |
| 08/13/2017 | 3010 | Midland Funding, LLC | Claim #: 7; Amount Claimed: $616.91; Distribution Dividend: 96.02%; | 7100-900 | | $592.37 | $0.00 |
| | | | | **SUBTOTALS** | $6,596.00 | $6,596.00 | |

**FORM 2**

Page No: 2        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-24965 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | CHANDLER, SAUNDRA | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4356 | | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/3/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $6,596.00 | $6,596.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,596.00 | $6,596.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,596.00 | $6,596.00 | |

For the period of  **8/3/2016** to **9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,891.64 |
| Total Non-Compensable Receipts: | $2,704.36 |
| Total Comp/Non Comp Receipts: | $6,596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,891.64 |
| Total Non-Compensable Disbursements: | $2,704.36 |
| Total Comp/Non Comp  Disbursements: | $6,596.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

For the entire history of the account between **03/17/2017** to **9/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $3,891.64 |
| Total Non-Compensable Receipts: | $2,704.36 |
| Total Comp/Non Comp Receipts: | $6,596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,891.64 |
| Total Non-Compensable Disbursements: | $2,704.36 |
| Total Comp/Non Comp  Disbursements: | $6,596.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**  Page No: 3  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-24965 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CHANDLER, SAUNDRA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4356 | Checking Acct #: | ******6501 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 8/3/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/21/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
|  | $6,596.00 | $6,596.00 | $0.00 |

**For the period of 8/3/2016 to 9/21/2017**

| Total Compensable Receipts: | $3,891.64 |
|---|---|
| Total Non-Compensable Receipts: | $2,704.36 |
| Total Comp/Non Comp Receipts: | $6,596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,891.64 |
| Total Non-Compensable Disbursements: | $2,704.36 |
| Total Comp/Non Comp Disbursements: | $6,596.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/03/2016 to 9/21/2017**

| Total Compensable Receipts: | $3,891.64 |
|---|---|
| Total Non-Compensable Receipts: | $2,704.36 |
| Total Comp/Non Comp Receipts: | $6,596.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,891.64 |
| Total Non-Compensable Disbursements: | $2,704.36 |
| Total Comp/Non Comp Disbursements: | $6,596.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ